DDG:2004R00623

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 05-316 (JLL) |
| SHAHEER WILLIAMS | : | ORDER LIFTING SECURED APPEARANCE BOND AS TO 571 LINCOLN AVE., GLEN ROCK, NJ |

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (Donna Gallucio, Assistant U.S. Attorney, appearing) for an Order lifting the Secured Appearance Bond entered as to defendant Shaheer Williams in the amount of $100,000 on June 2, 2005 and Judgment No. RG-060405-0000, as it relates to the property located at 571 Lincoln Avenue, Glen Rock, New Jersey only; and the defendant Shaheer Williams (Martin S. Goldman, Esq., appearing) having no objection to the form and entry of this Order, and

WHEREAS the Court released defendant Shaheer Williams on a Secured Appearance Bond in the amount of $100,000 on June 2, 2005; and

WHEREAS the Secured Appearance Bond was secured by several different pieces of property, including 571 Lincoln Avenue, Glen Rock, New Jersey; and

WHEREAS the property located at 571 Lincoln Avenue, Glen Rock, New Jersey (Lot 1.01, Block 82) is scheduled to be sold on or about June 10, 2008, and the purchaser of the property wishes to purchase the property free and clear of the judgment that resulted from the filing of the Secured Appearance Bond; and

WHEREAS the United States is satisfied that there is insufficient equity in 571 Lincoln Avenue, Glen Rock, New Jersey, which could be used to satisfy the Secured Appearance

Bond and, therefore, has agreed, on behalf of the purchaser, to make this application; and for good cause shown;

It is on this ___3rd___ day of June, 2008,

ORDERED that the Secured Appearance Bond entered as to defendant Shaheer Williams in the amount of $100,000 on June 2, 2005 and Judgment No. RG-060405-0000, be hereby LIFTED <u>only</u> as it relates to the property located at 571 Lincoln Avenue, Glen Rock, New Jersey (Lot 1.01, Block 82).

                                          HON. JOSE L. LINARES
                                          United States District Judge