UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION<br>Hon. Jose Linares<br>District Court Judge |
| PLAINTIFF | |
| | Docket No.: 05-00316-001 |
| v. | |
| SHAHEER WILLIAMS | ORDER |
| DEFENDANT | |

This matter having come before the Court on Application of Thomas R. Ashley, Esq., attorney for defendant, Shaheer Williams,

WHEREFORE IT IS on this _12th_ day of _January_ 2009

ORDERED AND ADJUDGED that the defendant, Shaheer Williams shall be permitted to self-surrender on _February 2nd, 2009_ on the sentence of this Court imposed on December 2, 2008, and it is further

~~ORDERED AND ADJUDGED that this Court shall~~ recommendED that the United States Bureau of Prisons ~~re-designate the~~ _consider redesignating_ defendant, Shaheer Williams to an appropriate federal facility at which he is to serve his sentence.

Hon. Jose Linares, U.S.D.J.