UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>SHAHEER WILLIAMS,<br><br>Defendant(s). | CRIMINAL NO.: 2:05-CR-316-JLL-01<br><br>**ORDER** |

**THIS MATTER** having come before the Court on application of Thomas R. Ashley, Esq., attorney for defendant, Shaheer Williams, and the Court having considered defendant's motion;

**IT IS ON THIS 29TH DAY OF JANUARY, 2009;**

**ORDERED** and **ADJUDGED** that the defendant, Shaheer Williams motion [#19] to be permitted to self-surrender at a different date than February 2, 2009 is hereby DENIED.

_____
JOSÉ L. LINARES,
UNITED STATES DISTRICT JUDGE