PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Shaheer Williams            Cr.: 2:05 CR 316-1
                                                                                   PACTS #: 42246

Name of Sentencing Judicial Officer: Honorable Jose L. Linares
                                              United States District Judge

Date of Original Sentence: December 2, 2008

Original Offense: Conspiracy to Commit Bank Fraud and Tax Evasion.

Original Sentence: Imprisonment - 35 months; Supervised Release - 3 years; Special Assessment - $200; Restitution - $12,487,227.51

Type of Supervision: Supervised Release          Date Supervision Commenced: August 16, 2011

## STATUS REPORT

U.S. Probation Officer Action:

On December 2, 2008, the offender was sentenced by Your Honor to 35 months imprisonment to be followed by 3 years supervised release. The following special conditions were imposed: Financial disclosure, cooperation with IRS, employment restrictions, DNA collection, and no new debt/credit. He was also ordered to pay a $200 special assessment and $12,487,227.51 joint and several in restitution.

Mr. Williams currently resides in Union, New Jersey. He has been employed with B-Room Ent and Publishing since March of 2012, and Chusine Houston Funeral Home since August of 2011. We believe that Mr. Williams has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $9,050.00 toward his restitution obligation ($164,017.76 has been paid in total by all defendants). It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Williams' term of supervision to expire as scheduled on August 15, 2014.

                                                                     Respectfully submitted,

                                                                     Barbara R. Kerrigan
                                                                     Supervising U.S. Probation Officer
                                                                     Date: August 4, 2014

PROB 12A - Page 2
Shaheer Williams

[X] Concur with the Recommendation of the U.S. Probation Office. Supervision to Expire on August 15, 2014.
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

August 9, 2014
Date